IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JERINE COLEY, ) | |
| ) | Case No. 4:05-CV00057 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DANVILLE REDEVELOPMENT AND ) | |
| HOUSING AUTHORITY and DARYL ) | By: Jackson L. Kiser |
| DALTON, ) | Senior United States District Judge |
| ) | |
| Defendants. | |

Before the Court is the *Defendant's Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment* [12]. For the reasons stated in the accompanying *Memorandum Opinion*, it is ordered that the *Defendant's Motion* is **granted** with regard to the Plaintiff's Due Process claims, and it is ordered that those claims be dismissed from the docket of this Court with prejudice. It is also ordered that the Plaintiff's remaining claims be **remanded** to the Circuit Court for the City of Danville, and that this case be struck from the docket of this Court.

The clerk is directed to send a copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 13th day of January, 2006.

                                                                                                 s/Jackson L. Kiser
                                                                                                 Senior United States District Judge